# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| 1259 POST LLC d/b/a FLO'S PIZZERIA & SPORTS BAR, | Case No. 1:20-cv-00626-PLM-PJG |
| Plaintiff, | Hon. Paul L. Maloney |
| v. | **ORAL ARGUMENT REQUESTED** |
| EMC INSURANCE, | |
| Defendant._____/ | |

## DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS

For the reasons argued in their concurrently-filed Memorandum, Employers Mutual Casualty Company and EMCASCO Insurance Company (collectively, "EMC")[1] bring this motion under Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 12(f), and 23 to (i) dismiss the above-captioned action for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted, as well as to (ii) strike class allegations in the Complaint. In accordance with Local Rule 7.1(d), EMC has ascertained that Plaintiff 1259 Post LLC d/b/a Flo's Pizzeria & Sports Bar will oppose the motion.

---

[1] The Complaint names "EMC Insurance" as the defendant. "EMC Insurance" is not a legal entity. Instead, Flo's Pizzeria's insurance policies involved in this matter are issued by EMCASCO Insurance Company and Employers Mutual Casualty Company. EMCASCO Insurance Company and Employers Mutual Insurance Company do not waive any defenses or arguments related to Plaintiff's misidentification by filing this motion.

1

WHEREFORE, EMC requests that this Court enter an order dismissing Plaintiff's claims against it with prejudice and, alternatively, should any part of Plaintiff's claims survive, to strike Plaintiff's class allegations without leave to amend.

Dated: September 8, 2020             **Robins Kaplan LLP**

By:   */s/Anne M. Lockner*

Anne M. Lockner, MN #295516
Jaime J. Wing, MN #398585
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500
Fax: 612-339-4181
ALockner@RobinsKaplan.com
JWing@RobinsKaplan.com

Timothy W. Billion, SD #4641
140 North Phillips Avenue
Suite 307
Sioux Falls, SD 57104
Tel: 605-335-1300
Fax: 605-740-7199
TBillion@RobinsKaplan.com

**Merry Farnen & Ryan P.C.**
Michael Ryan, #53634
300 Maple Park Boulevard
Suite 301
St. Clair Shores, MI 48081
Tel: 586-776-5927
Fax: 586-776-1501
mryan@mfr-law.com

**Attorneys for Defendant EMC Insurance**