**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **1259 POST LLC d/b/a FLO'S PIZZERIA & SPORTS BAR, on behalf of itself and all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. 1:20-cv-00626-PLM-PJG** |
| **EMCASCO INSURANCE CO. and EMPLOYERS MUTUAL CASUALTY CO.,** | ) ) ) | |
| **Defendants.** | ) ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2(B)

Plaintiff 1259 Post LLC d/b/a Flo's Pizzeria & Sports Bar, on behalf of itself and all others similarly situated, hereby certifies that its Memorandum in Support of Defendant's Motion to Dismiss and Motion to Strike Class Allegations was produced on a computer and contains 4,881 words including headings, footnotes, citations and quotations; and exclusive of the case caption, cover sheets, table of contents, table of authorities, signature block, attachments, exhibits, and affidavits. This word count was generated by Microsoft Word 2016.

Dated: November 19, 2020

**M. BLAKE HEATH,**
**TRIAL ATTORNEY LLC**

By /s/ M. Blake Heath

M. Blake Heath, #61939
917 W. 43rd Street, Suite 100
Kansas City, MO 64111
(816) 931-0048 Phone
(816) 931-4803 Fax
blake@heathinjurylaw.com

**ATTORNEY FOR PLAINTIFF**